Official Form 1 (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| DISTRICT OF **CONNECTICUT** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Milford Car Care, LLC,*<br>*Limited Liability Company* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **06-1590413** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*109 Roses Mill Road*<br>*Milford CT*<br>ZIPCODE *06460* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: **New Haven** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME* | ZIPCODE |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [x] Other (if debtor is not one of the above entities, check this box and state type of entity below

  *Limited Liability Company*

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                                       FORM B1, Page   2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | ***Milford Car Care, LLC,*** ***Limited Liability Company*** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | *(If more than two, attach additional sheet)* | |
|---|---|---|
| Location Where Filed: ***NONE*** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | *(If more than one, attach additional sheet)* | |
|---|---|---|
| Name of Debtor: ***NONE*** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** _____ Signature of Attorney for Debtor(s)                          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and exhibit C is attached and made a part of this petition.

☒  No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)

FORM B1, Page 3

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case) | *Milford Car Care, LLC,*<br>*Limited Liability Company* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of Attorney*

**X** */s/ Stephen P. Wright*
Signature of Attorney for Debtor(s)

*Stephen P. Wright ct02255*
Printed Name of Attorney for Debtor(s)

*Harlow, Adams & Friedman, P.C.*
Firm Name

*300 Bic Drive*
Address

*Milford CT 06461*

*(203) 878-0661*
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Douglas Newman*
Signature of Authorized Individual

*Douglas Newman*
Printed Name of Authorized Individual

*Member/Manager*
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

_____
(Date)

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF CONNECTICUT

In re *Milford Car Care, LLC*                Case No.

       *Limited Liability Company*           Chapter *11*

_____ ,
                       Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>109 Roses Mill, LLC<br>109 Roses Mill Road<br>Milford CT   06460 | Phone:<br>109 Roses Mill, LLC<br>109 Roses Mill Road<br>Milford CT   06460 | | | $ 156,725.00 |
| 2<br>L.F. Powers Co., Inc.<br>40 So. Fifth Street<br>P.O. Box 424<br>Waterbury CT   06720-0424 | Phone:<br>L.F. Powers Co., Inc.<br>40 So. Fifth Street<br>P.O. Box 424<br>Waterbury CT   06720-0424 | | | $ 123,042.26 |
| 3<br>Citizens Bank<br>P.O. Box 9665<br>Providence RI   02940-9665 | Phone:<br>Citizens Bank<br>P.O. Box 9665<br>Providence RI   02940-9665 | | | $ 29,891.57 |
| 4<br>Chase<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington DE   19886 | Phone:<br>Chase<br>Cardmember Services<br>P.O. Box 15153<br>Wilmington DE   19886 | | | $ 21,479.52 |
| 5<br>Safety Kleen<br>P.O. Box 382066<br>Pittsburgh PA   15250-8066 | Phone:<br>Safety Kleen<br>P.O. Box 382066<br>Pittsburgh PA   15250-8066 | | | $ 15,903.64 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Peerless Insurance Co.<br>P.O. Box 2051<br>Keene NH  03431-7051 | Phone:<br>Peerless Insurance Co.<br>P.O. Box 2051<br>Keene NH  03431-7051 | | | $ 15,508.25 |
| 7<br>United Illuminating Company<br>P.O. Box 9230<br>Chelsea MA  02150-9230 | Phone:<br>United Illuminating Company<br>P.O. Box 9230<br>Chelsea MA  02150-9230 | | | $ 12,224.49 |
| 8<br>State of Connecticut DRS<br>25 Sigourney Street<br>Hartford CT  06106 | Phone:<br>State of Connecticut DRS<br>25 Sigourney Street<br>Hartford CT  06106 | | | $ 10,991.13 |
| 9<br>Fair Auto Stores<br>757 First Avenue<br>West Haven CT  06516 | Phone:<br>Fair Auto Stores<br>757 First Avenue<br>West Haven CT  06516 | | | $ 7,095.21 |
| 10<br>CIT Small Business Lending<br>650 CIT Drive<br>Livingston NJ  07039 | Phone:<br>CIT Small Business Lending<br>650 CIT Drive<br>Livingston NJ  07039 | | | $ 7,000.00 |
| 11<br>Benedict A. Schiraldi, CPA<br>741 Boston Post Road<br>Suite 304<br>Guilford CT  06437-2710 | Phone:<br>Benedict A. Schiraldi, CPA<br>741 Boston Post Road<br>Suite 304<br>Guilford CT  06437-2710 | | | $ 6,500.00 |
| 12<br>The O'Conner Group, Inc.<br>10 Stearns Road<br>Bedford MA  01730-1077 | Phone:<br>The O'Conner Group, Inc.<br>10 Stearns Road<br>Bedford MA  01730-1077 | | | $ 6,300.00 |
| 13<br>State of Connecticut DRS<br>25 Sigourney Street<br>Hartford CT  06106 | Phone:<br>State of Connecticut DRS<br>25 Sigourney Street<br>Hartford CT  06106 | | | $ 4,166.00 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Vehicle Cleaning Supply, LLC<br>109 Roses Mill Road<br>Milford CT   06460 | Phone:<br>Vehicle Cleaning Supply, LLC<br>109 Roses Mill Road<br>Milford CT   06460 | | | $ 3,542.22 |
| 15<br>Brody, Wilkinson and Ober, P.C<br>2507 Post Road<br>Southport CT   06890 | Phone:<br>Brody, Wilkinson and Ober, P.C<br>2507 Post Road<br>Southport CT   06890 | | | $ 3,438.75 |
| 16<br>G&K Services Co.<br>15 Boyden Street<br>Waterbury CT   06704 | Phone:<br>G&K Services Co.<br>15 Boyden Street<br>Waterbury CT   06704 | | | $ 2,737.06 |
| 17<br>Town Fair Tire Centers of CT<br>460 Coe Avenue<br>East Haven CT   06512 | Phone:<br>Town Fair Tire Centers of CT<br>460 Coe Avenue<br>East Haven CT   06512 | | | $ 2,483.24 |
| 18<br>Interstate Battery System ofCT<br>P.O. Box 715<br>Killingworth CT   06419 | Phone:<br>Interstate Battery System ofCT<br>P.O. Box 715<br>Killingworth CT   06419 | | | $ 2,111.34 |
| 19<br>Town of Orange<br>617 Orange Center Road<br>Orange CT   06477 | Phone:<br>Town of Orange<br>617 Orange Center Road<br>Orange CT   06477 | | | $ 2,085.62 |
| 20<br>Mighty Auto Parts of CT<br>P.O. Box 3133<br>New Britain CT   06050-3133 | Phone:<br>Mighty Auto Parts of CT<br>P.O. Box 3133<br>New Britain CT   06050-3133 | | | $ 1,965.82 |

**B4 (Official Form 4) (12/07)**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A Limited Liability Company

I, *Douglas Newman*                              , *Member/Manager*         of the *Limited Liability Company* named

as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that

they are true and correct to the best of my knowledge, information and belief.


Date: *1/25/2010*          Signature */s/ Douglas Newman*

                                        Name:  *Douglas Newman*

                                        Title:  *Member/Manager*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Milford Car Care, LLC,*
    *Limited Liability Company*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **Stephen P. Wright**

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|--------|----------------------------------------|------------------|-----------------------------------|
| *1* | *Douglas Newman* | *100* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LIST OF EQUITY SECURITY HOLDERS**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A LIMITED LIABILITY COMPANY

I, *Douglas Newman* _____ , *Member/Manager* _____ of the *Limited Liability Company* named as

debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the

best of my knowledge, information and belief.

Date: _____

Signature: */s/ Douglas Newman* _____

Name: *Douglas Newman*

Title: *Member/Manager*

FORM B6A (Official Form 6A) (12/07)

In re _Milford Car Care, LLC_ _____ ,    Case No._____

Debtor(s)                                                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

(Report also on Summary of Schedules.)

B6C (Official Form 6C) (12/07)

In re **Milford Car Care, LLC** _____,   Case No. _____
                          Debtor(s)                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *None* | | | |
| | | **Subtotal:** $ 0.00 | $ 0.00 |
| | | **Total:** $0.00 | $0.00 |

Page No. ___1___ of ___1___

B6D (Official Form 6D) (12/07)

In re Milford Car Care, LLC                                                      ,          Case No. _____
                    **Debtor(s)**                                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | | | | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | | | | |
| Account No:<br><br>**Creditor # : 1**<br>**Citizens Bank of CT**<br>**209 Church Street**<br>**New Haven CT 06510** | | | | | | | | X | **$ 950,000.00** | **$ 0.00** |
| | | Value: **$ 0.00** | | | | | | | | |
| Account No:<br><br>**Creditor # : 2**<br>**City of Milford Tax Collector**<br>**70 West River Street**<br>**Milford CT 06460** | | | | | | | | | **$ 89,692.26** | **$ 0.00** |
| | | Value: **$ 0.00** | | | | | | | | |
| Account No:<br><br>**Creditor # : 3**<br>**Internal Revenue Service**<br>**P.O. Box 21126**<br>**Philadelphia PA 19114-0326** | | | | | | | | | **$ 154,931.81** | **$ 0.00** |
| | | Value: **$ 0.00** | | | | | | | | |

No continuation sheets attached

| | Subtotal $<br>(Total of this page) | **$ 1,194,624.07** | **$ 0.00** |
|---|---|---|---|
| | Total $<br>(Use only on last page) | **$ 1,194,624.07** | **$ 0.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (12/07)

In re _Milford Car Care, LLC_____,   Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ **continuation sheets attached**

**Official Form 6E (12/07) – Cont.**

In re **Milford Car Care, LLC**                                              ,          Case No._____

**Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 4,166.00 | $ 4,166.00 | $ 0.00 |
| *Creditor # : 1* *State of Connecticut DRS* *25 Sigourney Street* *Hartford CT 06106* | | | | | | | | |
| Account No: | | *2007* | | | | $ 1,500.00 | $ 1,500.00 | $ 0.00 |
| *Creditor # : 2* *State of Connecticut DRS* *25 Sigourney Street* *Hartford CT 06106* | | | | | | | | |
| Account No: | | *2008-2010* | | | | $ 10,991.13 | $ 10,991.13 | $ 0.00 |
| *Creditor # : 3* *State of Connecticut DRS* *25 Sigourney Street* *Hartford CT 06106* | | | | | | | | |
| Account No: | | | | | | | | |
| | | | | | | | | |
| Account No: | | | | | | | | |
| | | | | | | | | |
| Account No: | | | | | | | | |
| | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | 16,657.13 | 16,657.13 | 0.00 |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 16,657.13 | | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 16,657.13 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Milford Car Care, LLC_____,   Case No._____
        **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 156,725.00 |
| Creditor # : 1 109 Roses Mill, LLC 109 Roses Mill Road Milford CT 06460 | | | | | | | |
| Account No: | | | | | | | $ 1,406.09 |
| Creditor # : 2 Air Compressor Engineering Co. P.O. Box 738 Westfield MA 01086 | | | | | | | |
| Account No: | | | | | | | $ 1,051.58 |
| Creditor # : 3 All American Waste, LLC P.O. Box 630 East Windsor CT 06088 | | | | | | | |
| Account No: | | | | | | | $ 958.34 |
| Creditor # : 4 American Express P.O. Box 1270 Newark NJ 07101-1270 | | | | | | | |

_7_ continuation sheets attached

Subtotal $ | $ 160,141.01

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Milford Car Care, LLC_____ ,     Case No. _____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 5 Anthem BCBS P.O. Box 11017 Lewiston ME 04243-9468 | | | | | | | $ 1,712.53 |
| **Account No:** Creditor # : 6 AT&T P.O. Box 8110 Aurora IL 60507-8110 | | | | | | | $ 862.53 |
| **Account No:** Creditor # : 7 AT&T Mobility P.O. Box 537104 Atlanta GA 30353-7104 | | | | | | | $ 131.58 |
| **Account No:** Creditor # : 8 AWANE P.O. Box 838 Peterborough NH 03458 | | | | | | | $ 171.00 |
| **Account No:** Creditor # : 9 Benedict A. Schiraldi, CPA 741 Boston Post Road Suite 304 Guilford CT 06437-2710 | | | | | | | $ 6,500.00 |
| **Account No:** Creditor # : 10 Brody, Wilkinson and Ober, P.C 2507 Post Road Southport CT 06890 | | | | | | | $ 3,438.75 |

Sheet No. __1__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 12,816.39

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Milford Car Care, LLC_____,   Case No._____
                  **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 11 Cablevision P.O. Box 15660 Worcester MA 01615 | | | | | | | $ 231.66 |
| Account No: | | | | | | | |
| Creditor # : 12 Chase Cardmember Services P.O. Box 15153 Wilmington DE 19886 | | | | | | | $ 21,479.52 |
| Account No: | | | | | | | |
| Creditor # : 13 Chesterfield Financial Corp 16091 Swingley Ridge Road Suite 180 Chesterfield MO 63017 | | | | | | | $ 1,650.00 |
| Account No: | | | | | | | |
| Creditor # : 14 CIT Small Business Lending 650 CIT Drive Livingston NJ 07039 | | | | | | | $ 7,000.00 |
| Account No:    4551 | | | | | | | |
| Creditor # : 15 Citizens Bank P.O. Box 9665 Providence RI 02940-9665 | | | | | | | $ 29,891.57 |
| Account No: | | | | | | | |
| Creditor # : 16 Comcast Cable P.O. Box 6505 Chelmsford MA 01824 | | | | | | | $ 95.63 |

Sheet No.   _2_ of   _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 60,348.38

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Milford Car Care, LLC_____ ,      Case No. _____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 17 Comstock Heating & Cooling 43 Eastern Steel Road Milford CT 06460 | | | | | | | $ 108.12 |
| Account No: Creditor # : 18 ERC Wiping Products 19 Bennett Street Lynn MA 01905 | | | | | | | $ 396.97 |
| Account No: Creditor # : 19 Essentialcom 178 Clarence Road Scarsdale NY 10583 | | | | | | | $ 858.60 |
| Account No: Creditor # : 20 Fair Auto Stores 757 First Avenue West Haven CT 06516 | | | | | | | $ 7,095.21 |
| Account No: Creditor # : 21 G&K Services Co. 15 Boyden Street Waterbury CT 06704 | | | | | | | $ 2,737.06 |
| Account No: Creditor # : 22 GNHWPCA P.O. Box 150486 Hartford CT 06105 | | | | | | | $ 0.00 |

Sheet No. _3_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 11,195.96
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Milford Car Care, LLC_____ ,   Case No._____

   **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 23 H. Brelsford & Sons, Inc. 115 Fox Hill Road Stratford CT 06614 | | | | | | | $ 270.93 |
| Account No: Creditor # : 24 Interstate Battery System ofCT P.O. Box 715 Killingworth CT 06419 | | | | | | | $ 2,111.34 |
| Account No: Creditor # : 25 L.F. Powers Co., Inc. 40 So. Fifth Street P.O. Box 424 Waterbury CT 06720-0424 | | | | | | | $ 123,042.26 |
| Account No: Creditor # : 26 Mighty Auto Parts of CT P.O. Box 3133 New Britain CT 06050-3133 | | | | | | | $ 1,965.82 |
| Account No: Creditor # : 27 New England Claims-MS 206 P.O. Box 2053 62 Maple Avenue Keene NH 03431-7051 | | | | | | | $ 1,000.00 |
| Account No: Creditor # : 28 Peerless Insurance Co. P.O. Box 2051 Keene NH 03431-7051 | | | | | | | $ 15,508.25 |

Sheet No. __4__ of ___7___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 143,898.60

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Milford Car Care, LLC_____ ,   Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 29 Ricoh Corp. dba Business Systems P.O. Box 13640 Newark NJ 07188-0640 | | | | | | | $ 921.74 |
| Account No: Creditor # : 30 Roybal & Sons Fire Equipment P.O. Box 204 Middlefield CT 06455-0204 | | | | | | | $ 181.26 |
| Account No: Creditor # : 31 Safeguard Business Systems,Inc 1925 Black Rock Tpke Fairfield CT 06825 | | | | | | | $ 139.37 |
| Account No: Creditor # : 32 Safety Kleen P.O. Box 382066 Pittsburgh PA 15250-8066 | | | | | | | $ 15,903.64 |
| Account No: Creditor # : 33 Southern Connecticut Gas Co. P.O. Box 1999 Augusta ME 04332-1999 | | | | | | | $ 1,243.81 |
| Account No: Creditor # : 34 The CIT Group P.O. Box 33076 Newark NJ 07188-0076 | | | | | | | $ 1,823.03 |

Sheet No. _5_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 20,212.85

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Milford Car Care, LLC_____,     Case No._____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 35 The O'Conner Group, Inc. 10 Stearns Road Bedford MA 01730-1077 | | | | | | | $ 6,300.00 |
| Account No: Creditor # : 36 The R.B. Birge Co. P.O. Box 33103 Hartford CT 06150-3103 | | | | | | | $ 110.24 |
| Account No: Creditor # : 37 Town Fair Tire Centers of CT 460 Coe Avenue East Haven CT 06512 | | | | | | | $ 2,483.24 |
| Account No: Creditor # : 38 Town of Orange 617 Orange Center Road Orange CT 06477 | | | | | | | $ 2,085.62 |
| Account No: Creditor # : 39 Tri-City Appliance Heat & Cool 362 New Haven Avenue Milford CT 06460 | | | | | | | $ 561.55 |
| Account No: Creditor # : 40 Unitec Electronics 7125 Troy Hill Drive Elkridge MD 21075 | | | | | | | $ 133.83 |

Sheet No.  6  of   7  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 11,674.48

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Milford Car Care, LLC_____,   Case No._____
         **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 41* *United Illuminating Company* *P.O. Box 9230* *Chelsea MA 02150-9230* | | | | | | | $ 12,224.49 |
| Account No: *Creditor # : 42* *Vehicle Cleaning Supply, LLC* *109 Roses Mill Road* *Milford CT 06460* | | | | | | | $ 3,542.22 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __7__ of __7__ continuation sheets attached to Schedule of   Subtotal $  | $ 15,766.71
Creditors Holding Unsecured Nonpriority Claims

Total $  | $ 436,054.38
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6I (Official Form 6I) (12/07)

In re _Milford Car Care, LLC_ _____ ,   Case No. _____
            **Debtor(s)**                                          **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $ 0.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $    0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_N/A_

B6J(Official Form 6J)(12/07)

In re _Milford Car Care, LLC_ _____ ,          Case No. _____
                        **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|     a. Are real estate taxes included?    Yes ☐   No ☐ | |
|     b. Is property insurance included?    Yes ☐   No ☐ | |
| 2. Utilities: a. Electricity and heating fuel | $ 0.00 |
|         b. Water and sewer | $ 0.00 |
|         c. Telephone | $ 0.00 |
|         d. Other | $ 0.00 |
|         Other | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 0.00 |
| 5. Clothing | $ 0.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 0.00 |
| 8. Transportation (not including car payments) | $ 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 0.00 |
|     e. Other | $ 0.00 |
|     Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 0.00 |
|     b. Other: | $ 0.00 |
|     c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other: | $ 0.00 |
|     Other: | $ 0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 0.00 |

and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
|     a. Average monthly income from Line 16 of Schedule I | $ 0.00 |
|     b. Average monthly expenses from Line 18 above | $ 0.00 |
|     c. Monthly net income (a. minus b.) | $ 0.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Milford Car Care, LLC, Limited Liability Company*

Case No. _____

Chapter  *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          *0.00* | | |
| B-Personal Property | *Yes* | *3* | $          *0.00* | | |
| C-Property Claimed as Exempt | *No* | *0* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $    *1,194,624.07* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $      *16,657.13* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *8* | | $     *436,054.38* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $          *0.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $          *0.00* |
| TOTAL | | *19* | $          *0.00* | $    *1,647,335.58* | |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re *Milford Car Care, LLC, Limited Liability Company*

Case No.

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Milford Car Care, LLC, Limited Liability Company_ _____      Case No. _____
_____Debtor                                                          (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES


### DECLARATION UNDER PENALTY ON BEHALF OF A LIMITED LIABILITY COMPANY


I, _Douglas Newman_ _____, _Member/Manager_ _____ of the _Limited Liability Company_ __

named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets,

and that they are true and correct to the best of my knowledge, information, and belief.



Date: _1/25/2010_ _____              Signature _/s/ Douglas Newman_ _____
                                                   Name: _Douglas Newman_
                                                   Title: _Member/Manager_


       [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF**

In re

_____   Case No. _____

_____   Chapter

Debtor(s)

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept............................$ _____
   Prior to the filing of this statement I have received .................$ _____
   Balance Due .........................................................................$ _____

2. A filing fee in the amount of $ _____ has been paid.

3. The source of the compensation paid to me was:
   Debtor     Other (specify)

4. The source of compensation to be paid to me is:
   Debtor     Other (specify)

5. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service(s):

---

**CERTIFICATION**

_____     _____
Date

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF CONNECTICUT

In re *Milford Car Care, LLC,*
*Limited Liability Company*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **Stephen P. Wright**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached master mailing list of creditors is true and correct to the best of our knowledge.

Date: _____

**/s/ Douglas Newman**
Debtor

```
109 Roses Mill, LLC
109 Roses Mill Road
Milford, CT  06460

Air Compressor Engineering Co.
P.O. Box 738
Westfield, MA  01086

All American Waste, LLC
P.O. Box 630
East Windsor, CT  06088

American Express
P.O. Box 1270
Newark, NJ  07101-1270

Anthem BCBS
P.O. Box 11017
Lewiston, ME  04243-9468

AT&T
P.O. Box 8110
Aurora, IL  60507-8110

AT&T Mobility
P.O. Box 537104
Atlanta, GA  30353-7104

AWANE
P.O. Box 838
Peterborough, NH  03458

Benedict A. Schiraldi, CPA
741 Boston Post Road
Suite 304
Guilford, CT  06437-2710

Brody, Wilkinson and Ober, P.C
2507 Post Road
Southport, CT  06890

Cablevision
P.O. Box 15660
Worcester, MA  01615

Chase
Cardmember Services
P.O. Box 15153
Wilmington, DE  19886

Chesterfield Financial Corp
16091 Swingley Ridge Road
Suite 180
Chesterfield, MO  63017

CIT Small Business Lending
650 CIT Drive
Livingston, NJ  07039
```

Citizens Bank
P.O. Box 9665
Providence, RI   02940-9665

Citizens Bank of CT
209 Church Street
New Haven, CT   06510

City of Milford Tax Collector
70 West River Street
Milford, CT   06460

Comcast Cable
P.O. Box 6505
Chelmsford, MA   01824

Comstock Heating & Cooling
43 Eastern Steel Road
Milford, CT   06460

Douglas Newman

ERC Wiping Products
19 Bennett Street
Lynn, MA   01905

Essentialcom
178 Clarence Road
Scarsdale, NY   10583

Fair Auto Stores
757 First Avenue
West Haven, CT   06516

G&K Services Co.
15 Boyden Street
Waterbury, CT   06704

GNHWPCA
P.O. Box 150486
Hartford, CT   06105

H. Brelsford & Sons, Inc.
115 Fox Hill Road
Stratford, CT   06614

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114-0326

Interstate Battery System ofCT
P.O. Box 715
Killingworth, CT   06419

L.F. Powers Co., Inc.
40 So. Fifth Street
P.O. Box 424
Waterbury, CT   06720-0424

```
Mighty Auto Parts of CT
P.O. Box 3133
New Britain, CT  06050-3133


New England Claims-MS 206
P.O. Box 2053
62 Maple Avenue
Keene, NH  03431-7051


Peerless Insurance Co.
P.O. Box 2051
Keene, NH  03431-7051


Ricoh Corp.
dba Business Systems
P.O. Box 13640
Newark, NJ  07188-0640


Roybal & Sons Fire Equipment
P.O. Box 204
Middlefield, CT  06455-0204


Safeguard Business Systems,Inc
1925 Black Rock Tpke
Fairfield, CT  06825


Safety Kleen
P.O. Box 382066
Pittsburgh, PA  15250-8066


Southern Connecticut Gas Co.
P.O. Box 1999
Augusta, ME  04332-1999


State of Connecticut DRS
25 Sigourney Street
Hartford, CT  06106


The CIT Group
P.O. Box 33076
Newark, NJ  07188-0076


The O'Conner Group, Inc.
10 Stearns Road
Bedford, MA  01730-1077


The R.B. Birge Co.
P.O. Box 33103
Hartford, CT  06150-3103


Town Fair Tire Centers of CT
460 Coe Avenue
East Haven, CT  06512


Town of Orange
617 Orange Center Road
Orange, CT  06477
```

```
Tri-City Appliance Heat & Cool
362 New Haven Avenue
Milford, CT  06460

Unitec Electronics
7125 Troy Hill Drive
Elkridge, MD  21075

United Illuminating Company
P.O. Box 9230
Chelsea, MA  02150-9230

Vehicle Cleaning Supply, LLC
109 Roses Mill Road
Milford, CT  06460
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

Case No. _____
Chapter _____

Debtor

_____/

**STATEMENT OF DEBTOR REGARDING**
**CORPORATE OWNERSHIP**

**The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name:_____
Address:_____

Name:_____
Address:_____

Name: _____
Address:_____

Name:_____
Address:_____

**(For additional names, attach an addendum to this form)**

**There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:_____

_____
Signature of Authorized Individual
For Corporation Debtor

_____
Print Name

_____
Title